AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Express, Label Number, EJ 428 290 414 US, addressed to Jorge A, 364 Glen Hills rd, Meriden, ct 06451-3036, with a return address of 513-461-4977, Daryl Dennis, 1132 Bishop ave, 45015-2124, Hamilton OH. | ) <br> ) <br> ) Case No. 1:20-MJ-00558 <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Southern           District of   Ohio
*(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express, Label Number, EJ 428 290 414 US, addressed to Jorge A, 364 Glen Hills rd, Meriden, ct 06451-3036, with a return address of 513-461-4977, Daryl Dennis, 1132 Bishop ave, 45015-2124, Hamilton OH.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      August 5, 2020
*(not to exceed 14 days)*

[X] in the daytime 6:00 a.m. to 10 p.m.      [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
      Stephanie K. Bowman                        .
            *(name)*

[ ] I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* [ ] for      days *(not to exceed 30)*.
                          [ ] until, the facts justifying, the later specific date of      .

Date and time issued:   **11:27 AM, Jul 22, 2020**          *Stephanie K. Bowman*
                              Judge's signature

City and state:   Cincinnati, Ohio               Stephanie K. Bowman
                              United States Magistrate Judge
                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:20-mj-558 | Date and time warrant executed: 7/22/2020  12:30 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: A. Kremer | | |
| Inventory of the property taken and name of any person(s) seized: | | |

$6,200.00 of united states currency

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUL 23  PM 2:12

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/23/2020

Jason R. Roth
Executing officer's signature

Jason R. Roth  U.S. Postal Inspector
Printed name and title